**Dismissed and Memorandum Opinion filed October 27, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00465-CV

---

### PAUL STURGEON, Appellant

### V.

### GILBERT CRUZ AND INFINITY INSURANCE, Appellees

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1168241**

---

## MEMORANDUM OPINION

This appeal is from an order signed May 23, 2022 dismissing plaintiff Paul Sturgeon's case for want of prosecution. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record.

On July 25, 2022, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court

with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On August 30, 2022, appellant was ordered to provide this court with proof of payment for the record on or before September 9, 2022. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.